UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JP MORGAN CHASE BANK NATIONAL ASSOCIATION,<br><br>           Plaintiff,<br><br>v.<br><br>JAMIE AWAD et al,<br><br>           Defendant. / | Case Number: CV10-00485 SI<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jamie Awad
65 Thrift Street
San Francisco, CA 94112

Dated: March 10, 2010

Richard W. Wieking, Clerk
By: Tracy Forakis, Deputy Clerk