IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JP MORGAN CHASE BANK NATIONAL ASSOCIATION, | No. C 10-485 SI |
| Plaintiff, | **ORDER REMANDING CASE TO SAN FRANCISCO SUPERIOR COURT** |
| v. | |
| JAMIE AWAD, | |
| Defendant. | |

On February 2, 2010, *pro se* defendant Jamie Awad removed this unlawful detainer action from state court. In an order filed March 8, 2010, the Court ordered defendant to show cause by March 19, 2010, why this case should not be remanded to state court for lack of jurisdiction. Defendant has not filed a response to the Order to Show Cause.

The Court has reviewed the complaint and the docket in this case, and concludes that this Court lacks jurisdiction. Accordingly, the Court REMANDS this case to San Francisco Superior Court. All pending motions are DENIED as moot.

**IT IS SO ORDERED.**

Dated: March 19, 2010

SUSAN ILLSTON
United States District Judge