UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JP MORGAN CHASE BANK NATIONAL ASSOCIATION,

    Plaintiff,

v.

JAMIE AWAD et al,

    Defendant.
                                     /

Case Number: CV10-00485 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jamie Awad
65 Thrift Street
San Francisco, CA 94112

Dated: March 22, 2010

                                            Richard W. Wieking, Clerk
                                           By: Tracy Forakis, ~~Deputy~~ Clerk